IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| PATRICIA RICHARDSON, | : |
| Plaintiff, | : |
| v. | :  Civil Action No.<br>4:16-cv-00150-HCM-RJK |
| WAL-MART STORES EAST, LP, d/b/a<br>WAL-MART SUPERCENTER | : |
| and | : |
| M&M ASPHALT MAINTENANCE, INC. d/b/a<br>ALL COUNTY PAVING | : |
| Defendants. | : |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties, by counsel, having reached a settlement, hereby stipulate to the dismissal of the matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

ENTERED this  26  day of  September , 2017

Respectfully Submitted,

  /s/ Robert J. Haddad, Esq.
Robert J. Haddad, Esq.
(Virginia Bar No. 22298)
SHUTTLEWORTH, RULOFF, SWAIN
HADDAD & MORECOCK, P.C.
317 30th Street
Virginia Beach, VA 23451
*Counsel for Plaintiff*

   /s/ Jennifer L. Rowlett , Esq.
Jennifer L. Rowlett
(Virginia Bar No. 81373)
DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP
3930 Walnut Street, Suite 250
Fairfax, Virginia 22030
jrowlett@decarodoran.com
(703) 352-5175
FAX (703) 352-1256
*Incoming Counsel for Walmart*
 *And Counsel for M&M Asphalt*